FILED
CLERK, U.S. DISTRICT COURT
MAY 9 2012
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER MCKENZIE,<br><br>    Petitioner,<br><br>    v.<br><br>JAMES YATES, WARDEN,<br><br>    Respondent. | CASE NO. CV 10-5677-DSF (PJW)<br><br>J U D G M E N T |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 5/9/12 .

*Dale S. Fischer*
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\MCKENZIE, A 5677\Judgment.wpd